■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN BOYD, Appellant. [781 NYS2d 614]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered October 7, 1999, convicting him of robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court did not err in granting his request to proceed pro se (*see People v Arroyo*, 98 NY2d 101 [2002]; *People v Smith*, 92 NY2d 516 [1998]; *People v Slaughter*, 78 NY2d 485 [1991]; *People v Vivenzio*, 62 NY2d 775 [1984]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Ritter, J.P., Goldstein, Mastro and Fisher, JJ., concur.